In the Matter of the Application of CHARLES A. OKERLIND, as Administrator of the Estate of HEDVIG SOFIA SODERBERG, Deceased, to Discover Certain Property of Said Deceased Claimed to Be Withheld.— Decree affirmed, with costs. All

concur. (The decree adjudges certain moneys belonging to decedent's estate to be in the possession of defendants and directs the return of same to the administrator in a discovery proceeding.) Present — Sears, P. J., Edgcomb, Crosby, Lewis and Cunningham, JJ.